PO 18-229 JVM

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

TRIAL/CONTINUANCE NOTICE

Violation Number(s) <u>LE25 7417209, LE25 7417210 & LE25 7417211</u> has been scheduled/rescheduled for initial appearance/trial on <u>Tuesday, September 25, 2018</u> at 10:00 A.M. before Magistrate Judge <u>Janis van Meerveld</u> at 500 Poydras Street, Courtroom B-309, Hale Boggs Federal Building, New Orleans, Louisiana 70130.

New Orleans, Louisiana this <u>17th</u> day of <u>July</u> 2018.

P. Hebert
_____
Deputy Clerk