**CVB Return Mail for Javier Vargas  18-po-229 Citations LE25 7417209, LE25 7417210 & LE25 7417211**

Paula Hebert   to: david.h.sinkman                                    07/25/2018 12:03 PM

We received return mail for this defendant.  This return was on a second notice to continue initial appearance.  This defendant is re-scheduled for initial appearance on 9/25/18.  Please contact the agency to request that the agent provide us with the defendant's correct address ASAP.

If you have any questions please contact the Crim Mag Unit at 504-589-7750.

Thanks,

Paula L. Hebert
Criminal Magistrate Courtroom Deputy
U.S. District Court Eastern District of Louisiana
(504) 589-7750

   

18-229 citations.pdf  18-229 ret mail.pdf